IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA

v.

MANUEL PADILLA LUCERO, JR.,
a/k/a MANUEL PADILLA LUCERO,
a/k/a MANUEL P. LUCERO;
JERRICA RENEE MORAST;
GREGORY DEAN HENDRIX;
CHRISTOPHER GEORGE ANDERSON,
a/k/a CHRIS GEORGE ANDERSON,
a/k/a CHRISTOPHER G. ANDERSON,
a/k/a CHRIS ANDERSON,
a/k/a CHRIS G. ANDERSON; and
COLE KENNETH KINGSLEY

**I N D I C T M E N T**

Case No. ______________________

Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 843(b), and 846; and 18 U.S.C. § 2

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about January 2019 and continuing through the date of this Indictment, in the District of North Dakota, and elsewhere,

MANUEL PADILLA LUCERO, JR.;
JERRICA RENEE MORAST;
GREGORY DEAN HENDRIX;
CHRISTOPHER GEORGE ANDERSON; and
COLE KENNETH KINGSLEY

knowingly and intentionally combined, conspired, confederated, and agreed with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute: (i) 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and (ii) a mixture and

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendants and other conspirators would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

2. It was a part of said conspiracy that the defendants and other conspirators would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

3. It was further a part of said conspiracy that the conspirators used United States currency in their drug transactions;

4. It was further a part of said conspiracy that the defendants and others would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine and/or heroin and the collection of proceeds of drug distribution activity;

5. It was further a part of said conspiracy that the conspirators utilized the United States Postal Service and other interstate delivery services to ship, transfer, and distribute methamphetamine and heroin to North Dakota from other states, and to receive,

collect, and distribute proceeds of drug trafficking activity in Arizona, Pennsylvania, and other states;

6. It was further a part of said conspiracy that the conspirators would track packages containing a mixture and substance containing a detectable amount of methamphetamine and packages containing United States currency via the internet using electronic and digital devices;

7. It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities; and

8. It was further a part of said conspiracy that the conspirators rented apartments in Bismarck and Mandan, North Dakota, for conspirators to receive, store, conceal, and distribute a mixture and substance containing a detectable amount of methamphetamine and/or heroin;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Distribution of Methamphetamine**
**(500 grams or more – mixture)**

The Grand Jury Further Charges:

In or about February 2020, in the District of North Dakota, and elsewhere,

MANUEL PADILLA LUCERO, JR.,

individually, and by aiding and abetting, knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT THREE

**Illegal Use of Communication Facility**

The Grand Jury Further Charges:

From in or about January 2019 through the date of this Indictment, in the District of North Dakota, and elsewhere,

MANUEL PADILLA LUCERO, JR.;
JERRICA RENEE MORAST;
GREGORY DEAN HENDRIX;
CHRISTOPHER GEORGE ANDERSON; and
COLE KENNETH KINGSLEY,

individually, and by aiding and abetting, knowingly and intentionally used a communication facility, specifically, the United States Postal Service, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, the offense set forth in Count One of this Indictment, which is incorporated by reference herein;

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

COUNT FOUR

**Possession with Intent to Distribute Methamphetamine**
**(500 grams or more – mixture)**

The Grand Jury Further Charges:

On or about February 13, 2020, in the District of North Dakota,

GREGORY DEAN HENDRIX and
CHRISTOPHER GEORGE ANDERSON,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT FIVE

**Possession with Intent to Distribute Heroin**

The Grand Jury Further Charges:

On or about February 13, 2020, in the District of North Dakota,

GREGORY DEAN HENDRIX,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT SIX

**Possession with Intent to Distribute Methamphetamine**

The Grand Jury Further Charges:

On or about September 25, 2019, in the District of North Dakota,

JERRICA RENEE MORAST,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT SEVEN

**Possession with Intent to Distribute Methamphetamine**

The Grand Jury Further Charges:

On or about July 30, 2019, in the District of North Dakota,

COLE KENNETH KINGSLEY,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

PRIOR CONVICTIONS

In accordance with Title 21, United States Code, Sections 841 and 851, the Grand Jury finds the following:

That the defendant, MANUEL PADILLA LUCERO, JR., has a prior serious drug felony conviction, specifically: Possession of a Controlled Substance with Intent to Deliver, Methamphetamine, a Class A Felony, on or about August 1, 2013, and revoked on or about December 15, 2015, in McKenzie County, Northwest Judicial District, North Dakota, Case Number 27-2013-CR-00994.1;

1 MANUEL PADILLA LUCERO, JR., "served a term of imprisonment of more than 12 months" for that conviction;

2. MANUEL PADILLA LUCERO, JR., was last released from service of "any term of imprisonment" for that conviction on April 7, 2016; and

3. The instant offenses in Counts One, Two, and Three of this Indictment commenced in or around January 2019 and February 2020.

That the defendant, GREGORY DEAN HENDRIX, has a prior serious drug felony conviction, specifically: Possession with Intent to Manufacture or Deliver a Controlled Substance, a Class B Felony, on or about April 19, 2018, in Burleigh County, South Central Judicial District, North Dakota, Case Number 08-2018-CR-00567;

1 GREGORY DEAN HENDRIX "served a term of imprisonment of more than 12 months" for that conviction;

2. GREGORY DEAN HENDRIX was last released from service of "any term of imprisonment" for that conviction on October 23, 2019; and,

3. The instant offenses in Counts One, Two, and Four of this Indictment commenced in or around January 2019 and February 2020.

That the defendant, CHRISTOPHER GEORGE ANDERSON, has a prior serious drug felony conviction, specifically: Possession with Intent to Manufacture or Deliver a Controlled Substance, a Class B Felony, on or about October 1, 2018, in Burleigh County, South Central Judicial District, North Dakota, Case Number 08-2018-CR-002624;

1. CHRISTOPHER GEORGE ANDERSON "served a term of imprisonment of more than 12 months" for that conviction;

2 CHRISTOPHER GEORGE ANDERSON is currently incarcerated for that conviction; and,

3. The instant offenses in Counts One, Two, and Four of this Indictment commenced in or around January 2019 and February 2020.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

EMK/sj