**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.: 1:20-cr-059 |
| Christopher George Anderson, | ) | |
| | ) | |
| Defendant. | ) | |

On June 22, 2020, defendant made her initial appearance and was arraigned in the above entitled action. SAUSA Erica Erica M. Kinnischtzke appeared on behalf of the United States. Attorney Robert Quick was appointed to represent defendant in this matter and appeared on his behalf.

Defendant is incarcerated by the State of North Dakota at the North Dakota State Penitentiary ("NDS") in Bismarck North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with  North Dakota prison officials. In light of the current pandemic, defendant appeared before this court from the NDSP by telephone.

Although defendant was not physically removed from the NDSP, the court, out of an abundance of caution, advised defendants of his rights under the IADA. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in custody of the State of North Dakota (the "sending state" under the IADA) at the NDSP pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

The court accepts defendant's waiver, finding that it was made knowingly and intelligently,

1

voluntarily, and upon advice of counsel. Accordingly, defendant shall remain the custody of the "sending state," where he shall be housed pending further proceedings or until further order of the court. Further, pursuant to defendant's waiver, the fact that defendant is remaining in his place of incarceration pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the Indictment.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

2